**CARLSON LYNCH SWEET KILPELA & CARPENTER, LLP**
Todd D. Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, California 92101
Telephone: 619.756.6994
Facsimile: 619.756.6991
tcarpenter@carlsonlynch.com

Edwin J. Kilpela, Jr.
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: 412.322.9243
Facsimile: 412.231.0246
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

*Counsel for Plaintiffs and Proposed Class*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIOBHAN MORROW, on Behalf of Herself and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CARTER'S INC., a Delaware Corporation, THE WILLIAM CARTER COMPANY, a Massachusetts Corporation, CARTER'S RETAIL, INC., a Delaware Corporation, OSHKOSH B'GOSH, INC., a Delaware Corporation, and Does 1-50, inclusive,<br><br>Defendants. | Case No. 16-cv-00345-LAB-JMA<br><br>**CLASS ACTION**<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL** |

-1-
PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

# **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that this action is voluntarily dismissed by Plaintiff Siobhan Morrow in its entirety, without prejudice. The dismissal is made pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).

Date: March 30, 2016                Respectfully submitted,


/s/ Todd D. Carpenter
Todd D Carpenter (CA 234464)
402 West Broadway, 29th Floor
San Diego, CA 92101
Telephone: 619-756-6994
Facsimile: 619-756-6991
tcarpenter@carlsonlynch.com

Edwin J. Kilpela, Jr.
Gary F. Lynch
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.253.6307
ekilpela@carlsonlynch.com
glynch@carlsonlynch.com

*Counsel for Plaintiff and Proposed Class*